

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

December 16, 2025

<u>VIA ECF</u>
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:    ***Alkermes Inc. and Alkermes Pharma Ireland Ltd. v. Teva Pharmaceuticals,
Inc.,*** **Civil Action No: 1:25-cv-14685 (KMW-AMD);** ***Alkermes Inc. and Alkermes
Pharma Ireland Ltd. v. MSN Pharmaceuticals, Inc. and MSN Laboratories Pvt.
Ltd.,*** **Civil Action No. 1:25-cv-15324 (KMW-AMD);** ***Alkermes Inc. and Alkermes
Pharma Ireland Ltd. v. Apotex Co. and Apotex Inc.,*** **Civil Action No. 1:25-cv-
14977 (KMW-AMD)**

Dear Judge Donio:

This firm, together with Greenberg Traurig LLP, represents Defendant Teva
Pharmaceuticals, Inc. in connection with the above-referenced matters. We write on behalf of all
defendants regarding today's deadline to submit an ESI Protocol and Discovery Confidentiality
Order ("DCO") (*see e.g., Alkermes Inc. and Alkermes Pharma Ireland Ltd. v. Teva
Pharmaceuticals, Inc.,* Civil Action No: 1:25-cv-14685, ECF No. 40), and to respectfully request a
six-day extension of time for submission of the ESI Protocol and DCO. With the requested
extension, the new deadline for submission of the ESI Protocol and DCO will be December 22,
2025. Defendants respectfully submit that good cause exists for this request, and that the
extension will not result in any delay to any other deadlines in the current case schedule.

The parties are meeting and conferring with respect to the ESI Protocol and DCO and
hope to reach agreement as to same; the additional six days Defendants are requesting will allow
the parties to complete those negotiations. As such, Defendants respectfully request the six-day
extension to either resolve these issues or prepare a joint dispute letter outlining the parties'
positions on those issues in accordance with Your Honor's informal discovery dispute protocol.
*Id.* ¶¶ 4, 6. Plaintiffs consent to this request.

If the above requests are acceptable to the Court, Defendants respectfully request that Your
Honor sign the below form of endorsement and have it entered on the docket. We thank the Court
for its attention to this matter and are available should Your Honor or Your Honor's staff have any
questions.

Respectfully submitted,

*/s/ Liza M. Walsh*

Liza M. Walsh

cc:    All Counsel of Record (via ECF and Email)

SO ORDERED this _17_, day of _December_, 2025

_____

Honorable Ann Marie Donio, U.S.M.J.